UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

**MICHELLE L. CALATO**　　　　　　Chapter 7
**fka Michelle L. Fournier**　　　Case No. 1-12-13772-MJK
　　　　　　　　　　　　　　　　　*Debtor*
_____

**MORRIS L. HORWITZ, as Trustee in Bankruptcy of Michelle L. Calato**
　　　　　　　　　*Plaintiff*

　　　　v.

**CACH LLC**
4340 Monaco, 2nd Floor
Denver, CO 80237　　　　　　　　Adv. Proc. No. 1-13-01023-MJK

**DANIELS & NORELLI P.C.**
1 Old County Road, Ste. LL5
Carle Place, NY 11514
　　　　　　　　　*Defendants*
_____

CERTIFICATE OF SERVICE
_____

　　　I, Donna G. Horwitz, certify that on the date set forth below, I served a true and correct copies of: Summons and Complaint in Adversary Proceeding
:
on the following parties in the manner specified for each party below:

| 1. Office of the United States Trustee<br>300 Pearl Street, Suite 401<br>Buffalo, New York 14202 | [ x ] First class, pre-paid U.S. mail |
|---|---|
| 2. **CACH LLC**<br>4340 Monaco, 2nd Floor<br>Denver, CO 80237 | [ x ] First class, pre-paid U.S. mail |
| 3. **DANIELS & NORELLI P.C.**<br>1 Old County Road, Ste. LL5<br>Carle Place, NY 11514 | [ x ] First class, pre-paid U.S. mail |

Dated: May 15, 2013

_____
/s/Donna G. Horwitz

Case 1-13-01023-MJK   Doc 4   Filed 05/15/13   Entered 05/15/13 15:50:26   Desc Main
                          Document      Page 1 of 1